**Motion Granted and Order filed August 23, 2018**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00413-CV
_____

### ARI-ARMATUREN USA, LP AND ARI MANAGEMENT, INC., Appellant

### V.

### CSI INTERNATIONAL, INC., Appellee

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2017-52127**

## ORDER

Appellee has filed a unopposed motion to include in this appeal the clerk's record from an earlier appeal between these parties: No. 14-18-00088-CV, *ARI-Armaturen USA, LP v. CSI Int'l, Inc.* The motion is **GRANTED**.

The clerk of this court is ordered to place a copy of the entire appellate record from No. 14-18-00088-CV into the record in this appeal.

PER CURIAM